NELLY E. HERRERA
c/o 47398-008
FCI DUBLIN
5701 8th. St. - Camp Parks
Dublin, CA 94568



U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 02-531-RSWL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | EX PARTE MOTION TO IMPLEMENT |
| | ) | TITLE 18 U.S.C. § 3013(c) TO |
| NELLY E. HERRERA, | ) | CEASE ASSESSMENT OBLIGATION |
| Movant. | ) | |

COMES NOW, the above named Movant, as obligee, and requests this Court to order termination of assessment obligation, pursuant to Title 18 U.S.C. § 3013(c), due to the fact that the five year period of obligation has transpired, and according to the above referenced statute, "The obligation to pay an assessment ceases five years after the date of the judgment. This subsection **shall** apply to **all** assessments irrespective of the date of imposition." As is in this case.

WHEREFORE, the movant hereby, requests from this Court to please issue an order of termination of the aforesaid assessment, by advising the Bureau of Prisons, as well as the Movant by return mail at the address herein above.

Dated: January 20, 2009.

Respectfully submitted,

/s/ Nelly E. Herrera
NELLY E. HERRERA, Movant
Authorized Signature