# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>NELLY HERRERA,<br><br>        Defendant. | CR 02-00531-RSWL-2<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO VACATE JUDGMENT** |

Currently before the Court is Defendant Nelly Herrera's ("Defendant") Motion to Void the Criminal Judgment ("Motion"), filed on October 4, 2017. The Court sets the following briefing schedule:

    Government's Opposition: **November 1, 2017**

    Defendant's Reply: **December 13, 2017**

///

///

1

The Motion will be deemed submitted upon receipt of any Reply or on the expiration of the Reply deadline.
**IT IS SO ORDERED.**

DATED: October 4, 2017    /s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge